UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

————

No. 4:26-cv-00281

————

**Izet Becirevic,**
*Plaintiff,*

v.

**Bank of America,**
*Defendant.*

————

## ORDER

Defendant moved to dismiss plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6). Doc. 5. The case was referred to a magistrate judge, who issued a report recommending that defendant's motion be granted and that plaintiff's claims be dismissed without prejudice. Doc. 7 at 7. Neither party filed objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Defendant's motion to dismiss (Doc. 5) is granted. Any pending motions are denied as moot.

*So ordered by the court on June 15, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -